**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ASHLEY SCHARDEIN et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1719-G** |
| | ) | |
| **CORECIVIC, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is a Motion to Dismiss (Doc. No. 8), filed by Defendants CoreCivic, Inc. and William Christian, seeking dismissal of the claims raised in the Complaint (Doc. No. 1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 28). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 8) is DENIED AS MOOT.

IT IS SO ORDERED this 8th day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge